IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| **MICHAEL H. VECHERY,**  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>**BONNEVILLE INTERNATIONAL**  )<br>   **CORPORATION, and**  )<br>**BASEBALL EXPOS, L.P.,**  )<br>  )<br>   **Defendants.**  )<br>  ) | Case No. 1:05cv02418 (RMC) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants Bonneville International Corporation and Baseball Expos, L.P., through their undersigned counsel, respectfully submit this consent motion for extension of time within which to answer or otherwise move in response to the complaint until January 26, 2006. That deadline is presently January 5, 2006. Counsel for defendants have recently been retained to defend their clients in this case and need the additional time to prepare their responses to the complaint. Counsel for plaintiff has represented to undersigned counsel that he consents to this extension.

For these reasons, defendants respectfully request that their time for answering or otherwise moving in response to plaintiff's complaint be extended until January 26, 2006.

Dated this 4th day of January, 2006.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: __/s/_____
Richard L. Cys (DC Bar # 087536)
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
(202) 508-6600

Counsel for Bonneville International Corporation

2

                                            FOLEY & LARDNER, LLP

                                            By: /s/_____
                                               Paul R. Monsees (DC Bar # 367138)
                                               3000 K Street N.W., Suite 500
                                               Washington, D.C. 20007
                                               (202) 672-5342

                                            Counsel for Baseball Expos, L.P.

Approved and so ordered:

_____
Rosemary M. Collyer
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of January, 2006, a copy of the foregoing Consent Motion for Extension of Time was served electronically and by first-class mail, postage prepaid, upon:

        Boniface K. Cobbina, Esq.
        1150 Connecticut Avenue, NW
        Suite 900
        Washington, DC  20036

                                /s/
                          Richard L. Cys