UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. VECHERY )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>BONNEVILLE INTERNATIONAL )<br>CORPORATION, et al. ) | Case No. 1:05CV02418<br>Judge Rosemary M. Collyer |

**DEFENDANT BASEBALL EXPOS, L.P.'S MOTION
TO DISMISS FOR LACK OF DIVERSITY JURISDICTION**

Defendant, Baseball Expos, L.P., by and through counsel, respectfully requests that the Court dismiss this action against Baseball Expos, L.P. in accordance with Fed.R.Civ.P. 12(b)(1) for a lack of diversity jurisdiction. Plaintiff states that he is a citizen of the state of Maryland. Defendant Baseball Expos, L.P. is a Delaware limited partnership consisting of one corporate general partner and several limited partners which are corporations or limited partnerships. One of the limited partners of Baseball Expos, L.P. has a corporate general partner that is a citizen of the State of Maryland and more than one individual limited partner who is a citizen of the State of Maryland. Accordingly, there is no complete diversity as required by 28 U.S.C. § 1332(a)(1) and this matter must be dismissed on that basis.

Defendant Baseball Expos, L.P. submits the attached Memorandum of Points and Authorities in support of this Motion and a proposed Order.

Dated: January 26, 2006

Respectfully submitted,

_____/S/_____
Paul R. Monsees, D.C. Bar No. 367138
Wendy Arends
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
(202) 672-5342

Attorneys for Defendant Baseball
Expos, L.P.

WASH_1530895.1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Defendant Baseball Expos, L.P.'s Motion to Dismiss for Lack of Diversity Jurisdiction, accompanying Memorandum of Points and Authorities in Support thereof and proposed Order were served, via electronic and first-class mail, this 26th day of January, 2006 on:

>Boniface K. Cobbina, Esquire
>Boniface K. Cobbina, P.C.
>1150 Connecticut Avenue, N.W.
>Suite 900
>Washington, D.C. 20036
>
>Richard L. Cys, Esquire
>Davis Wright Tremaine LLP
>1500 K Street, N.W.
>Suite 450
>Washington, D.C. 20005-1272

_____/S/_____
Paul R. Monsees