UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. VECHERY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BONNEVILLE INTERNATIONAL )<br>CORPORATION, et al. ) | Case No. 1:05CV02418<br>Judge Rosemary M. Collyer |

### DECLARATION OF THOMAS OSTERTAG

I, THOMAS OSTERTAG, declare as follows.

1. I am over the age of 18 and am competent to provide the information set forth in this Declaration.

2. I am the Senior Vice President and General Counsel of Major League Baseball.

3. I have reviewed the records of Major League Baseball to consider the ownership structure of Baseball Expos, L.P. for purposes of this Declaration.

4. Baseball Expos, L.P. is a Delaware limited partnership consisting of one general partner and 29 limited partners. One of the limited partners of Baseball Expos, L.P. is Baltimore Orioles, L.P.

**EXHIBIT 1**

WASH_1530969.1

5. The general partner of Baltimore Orioles, L.P. is Baltimore Orioles, Inc., a Maryland corporation. Baltimore Orioles, L.P. has more than one individual limited partner who is a citizen of the State of Maryland.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2006.

_____
THOMAS OSTERTAG

2