UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. VECHERY )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>BONNEVILLE INTERNATIONAL )<br>CORPORATION, et al. ) | Case No. 1:05CV02418<br>Judge Rosemary M. Collyer |

## ORDER

Upon consideration of Defendant, Baseball Expos, L.P.'s, Motion to Dismiss for Lack of Diversity Jurisdiction, any opposition thereto and for good cause having been shown, it is this _____ day of _____, 2006

ORDERED that the Motion be, and hereby is GRANTED.  And it is

FURTHER ORDERED that the Complaint for Damages be dismissed, with prejudice, with respect to Defendant Baseball Expos, L.P.

Dated:                                                                       SO ORDERED

                                                                                          _____
Rosemary M. Collyer
United States District Judge

Copies to:

Paul R. Monsees
Wendy Arends
FOLEY & LARDNER, LLP
3000 K Street, N.W.
Suite 500
Washington, D.C. 20007

Boniface K. Cobbina, Esquire
Boniface K. Cobbina, P.C.
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

WASH_1530903.1

Richard L. Cys, Esquire
Davis Wright Tremaine LLP
1500 K Street, N.W.
Suite 450
Washington, D.C. 20005-1272

2