**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **MICHAEL H. VECHERY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:05cv02418 (RMC) |
| v. ) | |
| ) | |
| **BONNEVILLE INTERNATIONAL** ) | |
| **CORPORATION, and** ) | |
| **BASEBALL EXPOS, L.P.,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE RULE L.Cv.R. 26.1**

I, Richard L. Cys, the undersigned, counsel of record for Bonneville International Corporation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Bonneville International Corporation, which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

Attorney of Record

/s/
Richard L. Cys (DC Bar # 087536)
Amber L. Husbands (DC Bar # 481565)
1500 K Street, N.W., Suite 450
Washington, D.C. 20005-1272
(202) 508-6600

Counsel for Bonneville International Corporation

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 31st day of January, 2006, a copy of the foregoing Certificate Rule L.Cv.R. 26.1 was served electronically upon:

     Boniface K. Cobbina, Esq.
     1150 Connecticut Avenue, NW
     Suite 900
     Washington, DC  20036

     Counsel for Plaintiff

     Paul R. Monsees, Esq.
     Foley & Lardner
     3000 K Street, NW
     Suite 500
     Washington, DC  20007
     pmonsees@foley.com

     Counsel for Baseball Expos, L.P.

                                                      /s/
                                                    Richard L. Cys