IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

\*

MICHAEL H. VECHERY

       \* Case No. 1:05CV02418

    Plaintiff

v.       \* Judge Rosemary M. Collyer

BONNEVILLE INTERNATIONAL   \*
 CORPORATION et al

    Defendants    \*


**PLAINTIFF'S RESPONSE TO DEFENDANT
BASEBALL EXPOS, L.P.'s MOTION TO DISMISS
FOR LACK OF DIVERSITY JURISDICTION**

    Plaintiff Michael H. Vechery by and through counsel in response to Defendant Baseball Expos, L.P.'s motion to dismiss the instant action against it states the following:

    Based upon the declaration submitted on behalf of Defendant Baseball Expos, L.P., the Plaintiff does not at this time oppose the dismissal <u>without</u> prejudice of the complaint against said Defendant only. There is no basis s for such dismissal with prejudice at this time.

                Respectfully Submitted,
                Boniface K. Cobbina, P.C.


                By:
              Boniface K. Cobbina, Esquire
              DC Bar No. 347757
              1150 Connecticut Avenue, NW
              Suite 900
              Washington, DC  20036

              (202) 463-6900

_____

## CERTIFICATE OF SERVICE

_____ I hereby certify that copy of the foregoing response and Proposed Order was served via electronic and first-class mail postage prepaid to (1) Paul R. Monsees, Esquire and Wendy Arends, Esquire, Foley and Lardner, LLP, 3000 K Street, NW, Suite 500, Washington, DC 20007 and (2) Richard L. Cys, Esquire, Davis, Wright Tremaine, LLP, 1500 K Street, NW, Suite 450, Washington, DC 20005-1272 this 13th day of February, 20006.

_____        Boniface K. Cobbina

3