IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

MICHAEL H. VECHERY                  *

                Plaintiff      * Case No. 1:05CV02418

v.                                  * Judge Rosemary M. Collyer

BONNEVILLE INTERNATIONAL            *
 CORPORATION et al

                Defendants     *

**ORDER**

_____Upon consideration of the motion filed by Defendant Baseball Expos, L.P. to dismiss the action filed herein against it for lack of diversity jurisdiction, the response thereto and for good cause shown, it is it is by the Court this _____ day of _____, 2006

ORDERED: that the Motion to dismiss for lack of diversity jurisdiction is granted(denied)  without prejudice as to Defendant Baseball Expos, L.P.;

FURTHER ORDERED:


_____Rosemary M. Collyer
United States District Court Judge


Copies to:

Boniface K. Cobbina, Esquire
Boniface K. Cobbina, P.C.
1150 Connecticut Avenue, NW
Suite 900

Washington, DC  20036

Paul R. Monsees, Esquire
Wendy Arends, Esquire
Foley and Lardner, LLP
3000 K Street, NW, Suite 500
Washington, DC 20007

Richard L. Cys, Esquire
Davis, Wright Tremaine, LLP
1500 K Street, NW, Suite 450
Washington, DC 20005-1272