UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. VECHERY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05CV02418 |
| ) | Judge Rosemary M. Collyer |
| BONNEVILLE INTERNATIONAL ) | |
| CORPORATION, et al. ) | |

**REPLY MEMORANDUM ON
BEHALF OF BASEBALL EXPOS, L.P.**

Defendant Baseball Expos, L.P. filed a Motion to Dismiss for Lack of Diversity Jurisdiction in accordance with Fed. R. Civ. P. 12(b)(1) on January 26, 2006. Plaintiff responded to that motion on February 13 (four days late) stating that he does not oppose dismissal, but arguing that the dismissal should be without prejudice. Baseball Expos, L.P. sought dismissal with prejudice in its motion.

The Complaint should be dismissed against Baseball Expos, L.P. *with prejudice* for two reasons. First, it is clear, as Plaintiff concedes, that the Court does not have diversity jurisdiction. Therefore, the dismissal can only be with prejudice because there is no basis upon which the Plaintiff can re-file the action against Baseball Expos, L.P. in this Court. If there was any colorable argument in favor of diversity jurisdiction, one would expect it to have been made in response to the motion to dismiss. It was not. Therefore, the dismissal should be with prejudice.

Second, the dismissal should be with prejudice because the Baseball Expos, L.P. motion to dismiss should be deemed conceded. Plaintiff failed to oppose the motion on a timely basis. Based on the January 26, 2006 filing of the motion, the opposition was due on or before February 9, 2006 taking into account the 11 days provided for in L.C.v.R. 7 and three additional

days per Fed. R. Civ. P. 6. The ECF Notice confirms that Plaintiff did not respond until February 13; therefore, his Response suggesting dismissal without prejudice was untimely. Plaintiff offered no explanation for the delinquent filing and did not seek leave to file out of time. As such, the Response should be stricken and the Motion to Dismiss should be granted with prejudice.

Dated: February 15, 2006

Respectfully submitted,

_____/S/_____
Paul R. Monsees, D.C. Bar No. 367138
Wendy Arends
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
(202) 672-5342

Attorneys for Defendant Baseball Expos, L.P.

WASH_1543039.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Reply Memorandum on Behalf of Baseball Expos, L.P. were served, via electronic filing and first-class mail, this 15th day of February, 2006 on:

>Boniface K. Cobbina, Esquire
>Boniface K. Cobbina, P.C.
>1150 Connecticut Avenue, N.W.
>Suite 900
>Washington, D.C. 20036
>
>Richard L. Cys, Esquire
>Davis Wright Tremaine LLP
>1500 K Street, N.W.
>Suite 450
>Washington, D.C. 20005-1272

_____/S/_____
Paul R. Monsees