IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

MICHAEL H. VECHERY                      *

            Plaintiff              * Case No. 1:05CV02418

     v.                            * Judge Rosemary M. Collyer

BONNEVILLE INTERNATIONAL     *
 CORPORATION et al

            Defendants          *


**MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE
TO DEFENDANT BASEBALL EXPOS, L.P.'s MOTION
TO DISMISS  FOR LACK OF DIVERSITY JURISDICTION**

     Plaintiff Michael H. Vechery  by and through counsel respectfully moves the Court for leave to file his response previously submitted to the court in response to  Defendant Baseball Expos, L.P.'s motion to dismiss the instant action and in support thereof relies on the Memorandum of Points and Authorities attached hereto.

                               Respectfully Submitted,
                               Boniface K. Cobbina, P.C.

                               By:
                        Boniface K. Cobbina, Esquire
                        DC Bar No. 347757
                        1150 Connecticut Avenue, NW
                        Suite 900
                        Washington, DC  20036
                        (202) 463-6900

\

**CERTIFICATE OF SERVICE**

     I hereby certify that copy of the foregoing motion, Memorandum of Points and

1

Authorities and Proposed Order was served via electronic to (1) Paul R. Monsees, Esquire and Wendy Arends, Esquire, Foley and Lardner, LLP, 3000 K Street, NW, Suite 500, Washington, DC 20007 and (2) Richard L. Cys, Esquire, Davis, Wright Tremaine, LLP, 1500 K Street, NW, Suite 450, Washington, DC 20005-1272 this 15th day of February, 20006.

                                              Boniface K. Cobbina

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

MICHAEL H. VECHERY        *

                            * Case No. 1:05CV02418

      Plaintiff

      v.        \* Judge Rosemary M. Collyer

BONNEVILLE INTERNATIONAL  \*
 CORPORATION et al

      Defendants    \*


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT BASEBALL EXPOS, L.P.'s MOTION TO DISMISS FOR LACK OF DIVERSITY JURISDICTION**

  At the outset, the Plaintiff by and through undersigned counsel would state that he mistakenly believed that he had ten(10) days from the date of service plus three additional days to submit his response and pursuant to the computation of time under Fed. Rules of Civ. Proc. Rule 6(a) had until Monday, February 13, 2006 to file the response. It was a good faith error and was not dilatory.

  With regard to Defendant Baseball Expos, L.P.'s reasons for seeking a dismissal of the case against it with prejudice, the Plaintiff states the following: Firstly, the factual basis articulated by said Defendant in its motion is subject to change. If there is no change during the relevant period, then there would be no basis for the Plaintiff to re-file his case against said Defendant. There is no basis at this time to foreclose such filing if there is a change in the jurisdictional facts. Secondly, as set forth above, the late filing was a good faith mistake in the belief that the response was being filed timely.

  The Plaintiff has attempted to obtain the consent of the Defendants to this motion. Defendant Baseball Expos, L.P. does not consent to it and Defendant Bonneville International Corporation by and through its counsel was unavailable.[1]

             Respectfully Submitted,

---

[1] The Plaintiff would note that the Defendants requested additional time to file their responses to his Complaint and he freely consented to it in the interests of comity and resolution on the merits.

3

      Boniface K. Cobbina, P.C.

By:
Boniface K. Cobbina, Esquire
    DC Bar No. 347757
    1150 Connecticut Avenue, NW
    Suite 900
    Washington, DC  20036
    (202) 463-6900