IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

MICHAEL H. VECHERY         *

          Plaintiff         * Case No. 1:05CV02418

v.         * Judge Rosemary M. Collyer

BONNEVILLE INTERNATIONAL         *
 CORPORATION et al

          Defendants         *

## **ORDER**

Upon consideration of the motion filed by the Plaintiff for leave to file his response previously submitted to Defendant Baseball Expos, L.P.'s motion to dismiss the action filed herein against it for lack of diversity jurisdiction, the response thereto and for good cause shown, it is it is by the Court this ____ day of _____ , 2006

    ORDERED: that the motion is granted;

    FURTHER ORDERED: that Plaintiff's response is deemed filed as of

                                    Rosemary M. Collyer
                                    United States District Court Judge

Copies to:

Boniface K. Cobbina, Esquire
Boniface K. Cobbina, P.C.
1150 Connecticut Avenue, NW

Suite 900
Washington, DC  20036

Paul R. Monsees, Esquire
Wendy Arends, Esquire
Foley and Lardner, LLP
3000 K Street, NW, Suite 500
Washington, DC 20007

Richard L. Cys, Esquire
Davis, Wright Tremaine, LLP
1500 K Street, NW, Suite 450
Washington, DC 20005-1272