IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| **MICHAEL H. VECHERY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:05cv2418 (RMC) |
| v. ) | |
| ) | |
| **BONNEVILLE INTERNATIONAL** ) | |
| **CORPORATION, and** ) | |
| **BASEBALL EXPOS, L.P.,** ) | |
| ) | |
| **Defendants.** ) | |

**JOINT REPORT PURSUANT TO LOCAL CIVIL RULE 16.3**

Pursuant to Local Civil Rule 16.3, the parties respective counsel conferred by telephone on February 16, 2006. The following is a summary of that meeting:

The parties note that a motion to dismiss is currently pending. Therefore, the parties propose that agreement as to any matters as outlined in Local Rule 16.3 be postponed until the court has ruled on the motion to dismiss.

The parties propose that they shall hold a Local Rule 16.3 conference within fifteen (15) days of the date of the Court s Order ruling on the Motion to Dismiss. At that conference, the parties will discuss the matters outlined in LcvR 16.3(c) and will file a report and joint proposed scheduling order within ten (10) days thereafter.

DATED this 16th day of February, 2006.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Boniface K. Cobbina (D.C. Bar No. 347757) | Richard L. Cys (D.C. Bar No. 087536) |
| 1150 Connecticut Avenue, NW | Amber L. Husbands (D.C. Bar. No. 481565) |
| Suite 900 | DAVIS WRIGHT TREMAINE LLP |
| Washington, DC  20036 | 1500 K Street, NW, Suite 450 |
|  | Washington, D.C. 20005-1272 |
| (202) 463-6900 | (202) 508-6600 |
|  |  |
| Attorney for Plaintiff | Attorneys for Defendant Bonneville International Corporation |

          /s/
Paul R. Monsees (D.C. Bar No. 367138)
FOLEY & LARDNER
3000 K Street, NW
Suite 500
Washington, DC  20007
(202) 672-5342

Attorneys for Defendant Baseball Expos, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2006, copies of the following Joint Report Pursuant to Local Civil Rule 16.3 were served electronically, upon the following:

Boniface K. Cobbina, Esq.
1150 Connecticut Avenue, NW
Suite 900
Washington, DC  20036

*Counsel for Plaintiff*

Paul R. Monsees, Esq.
Foley & Lardner
3000 K Street, NW
Suite 500
Washington, DC  20007

*Counsel for Baseball Expos, L.P.*

_____/s/_____
Amber L. Husbands